MARTIN DEBOLD, Respondent, *v.* FRANK C. KINSCHER, Individually and as Executor of JOHANNAH McLEAN DEBOLD, Deceased, et al., Appellants.

Submitted November 13, 1944; decided November 22, 1944.

*Benjamin Cohn* for motion.
*Morris A. Sidikman* opposed.

Motion to dismiss appeal as to Frank C. Kinscher granted and appeal dismissed, with costs and ten dollars costs of motion unless that appellant serves and files an undertaking on appeal and pays ten dollars costs within twenty days, in which event the motion is denied.